FILED
7/22/2025 1:01 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Shelia Bradley DEPUTY

## CAUSE NO. DC-24-14434

| | | |
|---|---|---|
| STATE OF TEXAS, MAXX JUUSOLA, | § | IN THE DISTRICT COURT OF |
| TRACY MARTIN, and ALAN CRIDER, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| CITY OF DALLAS, | § | |
| KIMBERLY BIZOR TOLBERT, in her | § | |
| official capacity as the Interim City | § | |
| Manager for the City of Dallas, | § | |
| and the | § | |
| STATE FAIR OF TEXAS, | § | |
| *Defendants.* | § | 298th JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 6:48:40 AM
CHRISTOPHER A. PRINE
Clerk

## STATE OF TEXAS NOTICE OF APPEAL

TO THE HONORABLE COURT:

The State of Texas, plaintiff, gives notice of its intent to appeal the trial court's orders of June 24, 2025: (a) denying the plaintiffs' motion for summary judgment and dismissing claims against the City of Dallas with prejudice; (b) granting the defendant City of Dallas' motion for summary judgment; and (c) sustaining defendant State Fair of Texas' objections, granting the State Fair of Texas' motion for summary judgment, dismissing all the Plaintiffs' claims with prejudice, and rendering final judgment. This appeal is taken to the Fifteenth Court of Appeals, in Austin, Texas pursuant to Texas Government Code section 22.220(d)(1). This appeal involves a matter brought by the State and is not subject to the exceptions set forth in subparts (A)-(O) of section 22.220(d)(1). Further, this appeal does not pertain to a parental termination, child-protection case, or an appeal from an order certifying a child to stand trial as an adult, as defined in Texas Rule of Appellate Procedure 28.4.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Ernest C. Garcia*
ERNEST C. GARCIA
State Bar No. 07632400
Assistant Attorney General
CANON PARKER HILL
State Bar No. 24140247
Assistant Attorney General
STEVEN OGLE
State Bar No. 24044477
Assistant Attorney General
MELISSA JUAREZ
State Bar No. 00784361
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-0804
Facsimile: (512) 320-0167
ernest.garcia@oag.texas.gov
canon.hill@oag.texas.gov
steven.ogle@oag.texas.gov
melissa.juarez@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served via electronic service on July 22, 2025, on the following:

Tony K. McDonald                              via email to: Tony@tonymcdonald.com
Connor Ellington
The Law Offices of Tony McDonald
1308 Ranchers Legacy Trail
Fort Worth, TX 76126

***Counsel For Individual Plaintiffs***


Jeffrey Tillotson                              via email to: jtillotson@tillotsonlaw.com
Tillotson, Johnson & Patton
1201 Main Street, Suite 1300
Dallas, Texas 75202

***Counsel for Defendants City of Dallas and
     Kimberly Tolbert***


Jim Harris                                     via email to: jim.harris@hklaw.com
Holland & Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2532

***Counsel for Defendant State Fair of Texas***


                                   */s/ Ernest C. Garcia*
                                   Ernest C. Garcia
                                   Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Ernest Garcia
Bar No. 7632400
catherine.hughes@oag.texas.gov
Envelope ID: 103434811
Filing Code Description: Notice Of Appeal - CT. Of Appeals
Filing Description: PLAINTIFF-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS
Status as of 7/22/2025 3:04 PM CST

Associated Case Party: KIMBERLYBIZORTOLBERT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |

Associated Case Party: CITY OF DALLAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Jeffrey Tillotson | | jtillotson@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Verna Blurton | | vblurton@tillotsonlaw.com | 7/22/2025 1:01:37 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Alrrobali | | airrobali@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Lanora Pettit | 24115221 | lcpett@gmail.com | 7/22/2025 1:01:37 PM | SENT |
| Mollie Mallory | | mmallory@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Ernest Garcia
Bar No. 7632400
catherine.hughes@oag.texas.gov
Envelope ID: 103434811
Filing Code Description: Notice Of Appeal - CT. Of Appeals
Filing Description: PLAINTIFF-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS
Status as of 7/22/2025 3:04 PM CST

Case Contacts

| Name | | Email | Timestamp | Status |
|---|---|---|---|---|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Enrique Ramirez | | eramirez@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 7/22/2025 1:01:37 PM | SENT |
| Jennifer Huggard | | jennifer.huggard@dallas.gov | 7/22/2025 1:01:37 PM | SENT |
| Stacy Rodriguez | | stacy.rodriguez@dallas.gov | 7/22/2025 1:01:37 PM | SENT |
| Meagan Corser | | Meagan.Corser@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 7/22/2025 1:01:37 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 7/22/2025 1:01:37 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Sara Babineaux | | sbabineaux@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Keegan Howe | | keegan.howe@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |
| Sean Wallace | | swallace@tillotsonlaw.com | 7/22/2025 1:01:37 PM | SENT |
| Susan Millsapps | | susan.millsapps@oag.texas.gov | 7/22/2025 1:01:37 PM | SENT |

Associated Case Party: STATE FAIR OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 7/22/2025 1:01:37 PM | SENT |
| Cole Browndorf | | cole.browndorf@hklaw.com | 7/22/2025 1:01:37 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 7/22/2025 1:01:37 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Ernest Garcia
Bar No. 7632400
catherine.hughes@oag.texas.gov
Envelope ID: 103434811
Filing Code Description: Notice Of Appeal - CT. Of Appeals
Filing Description: PLAINTIFF-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS
Status as of 7/22/2025 3:04 PM CST

Associated Case Party: STATE FAIR OF TEXAS

| Bryan Neal | | bryan.neal@hklaw.com | 7/22/2025 1:01:37 PM | SENT |
|---|---|---|---|---|
| Jim Harris | | jim.harris@hklaw.com | 7/22/2025 1:01:37 PM | SENT |
| Robert Smith | | robert@smith-firm.com | 7/22/2025 1:01:37 PM | SENT |